**Felipe AGADO–RIVAS, Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

No. 03–60603.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided March 3, 2006.

Felipe Agado–Rivas, Baytown, TX, pro se.

Thomas Ward Hussey, Director, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Hipolito Acosta, U.S. Immigration & Naturalization Service, Houston, TX, Caryl G. Thompson,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S. Immigration & Naturalization Service, District Directors Office, New Orleans, LA, for Respondent.

Before BARKSDALE, STEWART and CLEMENT, Circuit Judges.

PER CURIAM: *

Felipe Agado–Rivas (Agado) petitions for review of the Board of Immigration Appeals' (the Board's) denial of his motion to reconsider its decision finding him removable and ineligible for cancellation of removal due to his prior conviction for possession of cocaine. *See* 8 U.S.C. §§ 1227(a)(2)(A)(iii), 1229b(a). Since Agado's possession-of-cocaine conviction is appropriately classified as an aggravated felony, this court lacks jurisdiction over the instant petition for review. *See United States v. Hernandez–Avalos,* 251 F.3d 505, 510 (5th Cir.2001); 8 U.S.C. § 1252(a)(2)(C). Based on the foregoing, Agado's petition for review is DISMISSED FOR LACK OF JURISDICTION.